United States District Court
Southern District of Texas
**ENTERED**
June 14, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN LUNA, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-00551 |
| | § | |
| PHH MORTGAGE CORPORATION, | § | |
| Defendant. | § | |

## ORDER TO SHOW CAUSE

The Court ordered the parties to attend an Initial Pretrial and Scheduling Conference in this action on June 12, 2024, at 9:00 A.M. by video before Judge Andrew Edison. (Dkt. 5). Plaintiffs did not appear.

Accordingly, Plaintiffs are hereby **ORDERED** to appear for a hearing to show cause why they failed to appear for the June 12, 2024 hearing. The show cause hearing will **on June 28, 2024, at 1:00 P.M**. by zoom.

Failure to appear at the show cause hearing may result in dismissal of this case for want of prosecution.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
https://www.zoomgov.com/j/1616776605?pwd=V09ORVZwVjBWSk9NN09JTll5dW1yUT09

Meeting phone number: 1−669−254−5252
Meeting ID: 161 677 6605
Meeting Password: 509913

SIGNED at Houston, Texas on June 14, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE