# HEARING MINUTES

Cause No:        4:24-CV-551

Style:           Luna et al v. PHH Mortgage Corporation

Hearing Type:    Show cause hearing

**Appearances:**

| Counsel | Representing |
|---|---|
| Angela Walter | Plaintiffs |
| Helen Onome Turner | Defendant |

Date: June 28, 2024                Court reporter: ERO
Time: 1:17 p.m.—1:29 p.m.          Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

> The Court held a show cause hearing. The Court accepted Plaintiffs' counsel's explanation for her failure to attend the initial conference in this case. The Court recessed the hearing in order to consider the pending motion to dismiss and motion to withdraw. The Court will reconvene the hearing if necessary.